UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08 MJ 0291 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Nestor Manuel ALVARADO-Flores ) | Attempted Entry After Deportation |
| AKA: Antonio ECHEVERRIA ) | (Felony) |
| ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **January 31, 2008**, within the Southern District of California, defendant **Nestor Manuel ALVARADO-Flores AKA: Antonio ECHEVERRIA**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence this 1st day of **February, 2008**.

UNITED STATES MAGISTRATE JUDGE

## Probable Cause Statement

On January 31, 2008 at approximately 0820 hours, a male, later identified as **Nestor Manuel ALVARADO-Flores AKA: Antonio ECHEVERRIA (Defendant)** made application for admission into the United States from Mexico at the pedestrian entrance of the San Ysidro, California Port of Entry. Defendant was traveling alone. Defendant presented a Mexican Passport with a Non-Immigrant Visa bearing the name Hector Daniel GONZALEZ-Perez as his entry documents to a Customs and Border Protection (CBP) Officer. The CBP Officer noticed the entry documents appeared to be counterfeit and referred Defendant to secondary inspection.

In secondary, Defendant's fingerprints were obtained and queried through the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Biometric Identification System (IDENT). IAFIS and IDENT returned matches to the queries, verifying Defendant's identity and linking him to FBI and Immigration Service records.

Queries of Immigration Service records including the Central Index System (CIS) and the Deportable Alien Control System (DACS) identified Defendant as a citizen of Mexico without legal documents to enter the United States. DACS information indicates that on or about January 15, 1997 Defendant was ordered removed from the United States by an Immigration Judge and was physically removed from the United States to Mexico through El Paso, Texas on or about January 17, 1997. Immigration service records contain no evidence that Defendant has applied for nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and agreed to answer questions without the benefit of counsel. During a subsequent interview, Defendant admitted he is a citizen of Mexico by birth in Nayarit, Mexico. Defendant admitted he does not possess any type of documents or other benefit that would permit his legal entry into the United States. Defendant admitted that a male in Mexico provided him with the counterfeit documents he presented at primary inspection and that he was to pay $300.00 (USD) for use of the documents. Defendant admitted he intended to enter the United States and travel to Ontario, California to reunite with family. Defendant admitted that he has been previously removed from the United States. Defendant admitted that he has never applied for permission to legally re-enter the United States.