1   **TIMOTHY R. GARRISON**
    California State Bar No. 228105
2   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
    225 Broadway, Suite 900
3   San Diego, California  92101-5030
    Telephone No. (619) 234-8467
4   Email: timothy_garrison@fd.org

5   Attorneys for Mr. Alvarado-Flores

6

7

8                       UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )    CASE NO. 08MJ0291
                                       )
11              Plaintiff,             )
                                       )
12  v.                                 )    **NOTICE OF APPEARANCE**
                                       )
13  NESTOR MANUEL ALVARADO-FLORES,  )
                                       )
14              Defendant.             )
                                       )
15  _____ )

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in

19  the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated:  February 5, 2008                 /s/ *Timothy R. Garrison*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Timothy_Garrison@fd.org
24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6          Copy to Defendant

7  Dated:  February 5, 2008                    /s/ *Timothy R. Garrison*
                                               Federal Defenders of San Diego, Inc.
8                                              225 Broadway, Suite 900
                                               San Diego, CA  92101-5030
9                                              (619) 234-8467  (tel)
                                               (619) 687-2666  (fax)
10                                             Timothy_Garrison@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2