1 **VICTOR N. PIPPINS**
California State Bar No. 251953
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: Victor_Pippins@fd.org

5 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE BARBARA L. MAJOR)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | ) CASE NO. 08MJ0291 |
| 12            Plaintiff, | ) |
| 13  v. | ) |
|    | ) **NOTICE OF APPEARANCE AND** |
| 14  NESTOR ALVARADO-FLORES, | ) **REPLACEMENT** |
| 15            Defendant. | ) |

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, notice is hereby given that Victor N. Pippins, Federal Defenders of San Diego, Inc., is replacing
19 Timothy R. Garrison as lead counsel in the above-captioned case.

20                                         Respectfully submitted,

22 Dated: February 27, 2008             */s/ VICTOR N. PIPPINS*
                                         VICTOR N. PIPPINS
23                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant
24                                       Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  February 27, 2008                     /s/ *VICTOR N. PIPPINS*
VICTOR N. PIPPINS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org (email)