FEB 2 8 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>NESTOR MANUEL ALVARADO-FLORES,<br><br>          Defendant. | Criminal Case No. 08CR 0560-LAB<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 1/29/08, within the Southern District of California, defendant NESTOR MANUEL ALVARADO-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JDM:mg:San Diego
2/6/08

## Count 2

On or about January 31, 2008, within the Southern District of California, defendant NESTOR MANUEL ALVARADO-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 2/28/08.

KAREN P. HEWITT
United States Attorney

for JEFFREY D. MOORE
Assistant U.S. Attorney