AO 455(Rev. 5/85) Waiver of Indictment

---

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| NESTOR MANUEL ALVARADO-FLORES | CASE NUMBER: 08CR 0560-LAB |

I, <u>NESTOR MANUEL ALVARADO-FLORES</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/28/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Nestor M. Alvarado F.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB   DEPUTY